**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CASE NO.  1:21-CV-029-DCK**

| | |
|---|---|
| **JERRY DANIEL MARKS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Approval Of Attorney's Fees Under 42 U.S.C.A. § 406(b)" (Document No. 23) filed October 25, 2022.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, Plaintiff's counsel seeks an award of attorney fees under the Social Security Act, 42 U.S.C. § 406(b), which provides that a "court may determine and allow as part of its judgment a reasonable fee . . . not in excess of 25 percent of the total of the past due benefits to which claimant is entitled by reason of such judgment."  Specifically, Plaintiff seeks an Order directing that the Commissioner of Social Security should pay the sum of $8,974.74 for attorney fees.  (Document Nos. 23 and 24).  Plaintiff previously has been awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $4,686.

Relevant caselaw provides that a court should review contingent-fee agreements, such as the one here, for reasonableness.  Griffin v. Astrue, 1:10-CV-115-MR, 2012 WL 3155578 at *2

(W.D.N.C. August 2, 2012) (citing <u>Gisbrecht v. Barnhart</u>, 535 U.S. 789 (2002) and <u>Mudd v. Barnhart</u>, 418 F.3d 424 (4th Cir. 2005)).

In response, Defendant "neither supports nor opposes Plaintiff's counsel's request for fees under 42 U.S.C. § 406(b)." (Document No. 25). Defendant's response gives no indication of whether the Commissioner views the fee request as reasonable, and as such, is not particularly helpful.

Under the circumstances of this case, the undersigned is satisfied that Plaintiff's request for fees is reasonable and consistent with applicable authority.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's "Motion For Approval Of Attorney's Fees Under 42 U.S.C.A. § 406(b)" (Document No. 23) is **GRANTED**. The Commissioner of Social Security shall pay to Plaintiff's counsel, Angela R. Cinski, the sum of **$8,974.74**.

**IT IS FURTHER ORDERED** that upon receipt of the requested fee, Plaintiff's counsel shall refund to Plaintiff the EAJA fee of **$4,686.00**.

**SO ORDERED**.

Signed: November 2, 2022

David C. Keesler
United States Magistrate Judge